**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CLIFFORD J. SCHUETT,

Plaintiff,

v.

CEO-CCA-CORRECTIONAL CORPORATION OF AMERICA et al.,

Defendants.

Case No. 2:14-cv-1431-JAD-PAL

**Order**

On October 3, 2014, this Court entered a screening order and dismissed the complaint in its entirety with prejudice. (Doc. 17). The Clerk of the Court entered judgment on October 6, 2014. (Doc. 18). On October 10, 2014, Plaintiff, a federal prisoner, filed a motion for a court order to stop Defendants from moving Plaintiff from the Nevada Southern Detention Center to Florence Correctional Center in Florence, Arizona. (Doc. 19 at 1). Plaintiff states that he would be denied access to his medical doctors and that his family would not be able to visit him because travel would be expensive for them. (*Id.*).

The Court denies this motion. The Federal Bureau of Prisons has the authority to designate the place of confinement for federal prisoners. 18 U.S.C. § 3621(b).

Accordingly, IT IS HEREBY ORDERED that the motion for court order to stop defendants from removing Plaintiff out of Nevada **(Doc. 19) is DENIED**.

DATED this 24th day of October, 2014.

Jennifer Dorsey
United States District Judge